UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jason Gerhard

v.                                         Case No. 11-cv-498

United States of America

# **O R D E R**

The undersigned magistrate judges are recused in the above-captioned case.

SO ORDERED.

Date:  October 31, 2011

/s/ Landya B. McCafferty
Landya B. McCafferty
U.S. Magistrate Judge


/s/ Daniel J. Lynch
Daniel J. Lynch
U.S. Magistrate Judge


cc:    Jason Gerhard, pro se

1