UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Jason Gerhard</u>

v.  Case No. 11-cv-498

<u>United States of America</u>

# **O R D E R**

The undersigned magistrate judges are recused in the above-captioned case.

SO ORDERED.

Date:  October 31, 2011

/s/ Landya B. McCafferty
Landya B. McCafferty
U.S. Magistrate Judge


/s/ Daniel J. Lynch
Daniel J. Lynch
U.S. Magistrate Judge


cc:     Jason Gerhard, pro se

1