UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Jason Gerhard</u>

v.                                                  Case No. 11-cv-498

<u>United States of America</u>

# **ORDER**

As the Hon. George Z. Singal presided over the jury trial and sentencing in the underlying criminal case that forms the basis of this habeas corpus petition filed pursuant to 28 U.S.C. § 2255, the case shall be referred to Judge Singal in the District of Maine who will sit by designation.  <u>See</u> Rule 4, Rules Governing Section 2255 Proceedings.

The recusal of all of the magistrate judges in this court gives rise to an "emergency" with respect to the referred case as that term is used in 28 U.S.C. § 636 (f). I, therefore, concur in the assignment of a magistrate judge from the designated district to perform the duties specified in 28 U.S.C. §636(a) - (c).

SO ORDERED.

Date: November 1, 2011

/s/ Joseph N. Laplante
Joseph N. Laplante
Chief Judge-District of New Hampshire

cc:    Jason Gerhard, pro se
       Clerk, US District Court – District of Maine

## CONCURRING ORDER

I concur that Judge George Z. Singal, a district judge in active service, shall be designated and assigned to preside over the above-captioned case.

I further concur that an emergency exists as specified above and that for the duration of this case Magistrate Judge Margaret J. Kravchuk is assigned to perform such duties under 28 U.S.C. § 636 (a) - (c) as may be assigned to him/her by Judge Singal.

Date: 11/3/11

John A. Woodcock, Jr.
Chief Judge-District of Maine

cc: Jason Gerhard, pro se
    Clerk, USDC- District of New Hampshire

2